one prior period of probation. The denial of probation was not an abuse of discretion. The State's Attorney made no objection to probation and after probation was denied, recommended the sentence of one to five years as he had agreed to do.

■■ We have examined the record in this case and conclude with the Illinois Defender Project that there is no merit in this appeal and in accordance with Supreme Court Rule 23 the judgment of the trial court should be affirmed.

Judgment affirmed.

TRAPP, P. J., and SIMKINS, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. STEVEN J. HANKINS, Defendant-Appellant.

(No. 11665;

Fourth District—March 8, 1972.

Morton Zwick, Director of Defender Project, of Chicago, (John L. Barton, of counsel,) for appellant.

William J. Scott, Attorney General, of Springfield, (Thomas J. Immel and Fred G. Leach, Assistant Attorneys General, of counsel,) and Walter F. Farrand, State's Attorney, of Virginia, for the People.